**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 21-233-1 |
| | : | |
| **DANIEL DURAN** | : | |

# ORDER

**AND NOW**, this 19th day of July 2022, upon considering the Defendant's Motion for compassionate release (ECF Doc. No. 45), the United States' Response (ECF Doc. No. 47), review of the sealed medical records (ECF Doc. No. 48), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for compassionate release (ECF Doc. No. 45) is **DENIED**.

_____
**KEARNEY, J.**